```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
3030 Bridgeway, Suite 121
Sausalito, CA 94965
Telephone:  (415) 729-9006
Facsimile:  (415) 729-9023
```

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SAN MATEO HOTEL, et al.,<br><br>    Plaintiffs,<br>    vs.<br><br>LADY LUCK GOURMET LLC, a Limited Liability Company, doing business as GO BISTRO<br><br>    Defendant. | NO.  C 10 4719 JCS<br><br><u>JUDGMENT PURSUANT</u><br><u>TO STIPULATION</u> |

       It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES WELFARE FUND; and PENSION FUND; SHERRI CHIESA, through their attorneys, and defendant, LADY LUCK GOURMET LLC, a Limited Liability Company, doing business as GO BISTRO, have stipulated that plaintiffs have and recover judgment from Defendant and it appearing that the stipulation is in all respects proper and that the stipulation provides for judgment against defendant in the amount of $136,110.25,

       IT FURTHER APPEARS that the Stipulation for Judgment provided for a monthly installment payment plan, and that so long as all payments were made, judgment would not be entered.  The defendant

<u>JUDGMENT PURSUANT TO STIPULATION</u>                                                       1

1  only made one payment towards the contributions due pursuant to the
2  Stipulation for Judgment.  That payment was in the amount of
3  $30,676.28 received on March 22, 2011.  The Stipulation provided that
4  plaintiffs could, in the event of a default, apply for judgment after
5  10 days written notice to the defendant.  Such notice has been given.
6  See the Declaration of Michael Carroll in Support of Entry of Judgment
7  Pursuant to Stipulation filed as Document # 19 on May 4, 2011.
8       IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF
9  TRUSTEES OF THE SAN MATEO HOTEL EMPLOYEES AND RESTAURANT EMPLOYEES
10 WELFARE FUND; and PENSION FUND; SHERRI CHIESA, have and recover
11 judgment form defendant, LADY LUCK GOURMET LLC, a Limited Liability
12 Company, doing business as GO BISTRO, in the amount of $105,433.97,
13 which amount is composed of the following:
14      a.  Contribution balances due and unpaid to Plaintiff Trust
15 Funds for the months of September, October and November 2010 in the
16 amount of $92,742.13;
17      b.  Liquidated damages due and unpaid to the Plaintiff
18 Trust Funds for the same months in the amount of $12,341.84;
19      c.  Interest due pursuant to contract in an amount to be
20 computed after all payments are made.
21      d.  Costs of suit incurred in this action in the amount of
22 $350.00.
23 Dated: May 4, 2011

_____
Magistrate [signature] Spero
Judge Joseph C. Spero

JUDGMENT PURSUANT TO STIPULATION                              2